Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California 90027
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone: (760) 564-3804
Facsimile: (760) 347-1490

*Attorneys for Plaintiffs*
*BRADFORD GRIMM,*
*MARGARET MOONEY,*
*DINESH PATEL*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD GRIMM, MARGARET MOONEY, and DINESH PATEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EAGLE AIRLINES, INC.,<br><br>Defendant. | Case No. 2:11-cv-00406-JAK-MAN<br><br>*Assigned to Hon. John A. Kronstadt*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION RE BANKRUPTCY COURT APPROVAL OF CLASS ACTION SETTLEMENT** |

1  Based on the parties' Joint Stipulation Re Bankruptcy Court Approval Of Class
2  Action Settlement, **IT IS HEREBY ORDERED** as follows:
3  1. All defined terms contained herein shall have the same meaning as set forth
4  in the Stipulation of Settlement ("Settlement") executed by the Parties (Dkt No. 112-13
5  (Exhibit 30)).
6  2. Final Bankruptcy Approval (defined in the Settlement as the date on which
7  the Bankruptcy Approval Order becomes a "Final Order" pursuant to Section 1.118 of the
8  Plan) is no longer a condition to the effectiveness of the Settlement.
9  3. All deadlines in the Settlement triggered by the date of receiving the
10  Bankruptcy Approval Order shall instead be triggered by the date of receiving this order.

Dated: _____, 2014

_____
Hon. John A. Kronstadt
Judge of the United States
District Court