Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California 90027
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 347-1490

*Attorneys for Plaintiffs*
*BRADFORD GRIMM,*
*MARGARET MOONEY,*
*DINESH PATEL*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD GRIMM, MARGARET MOONEY, and DINESH PATEL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN EAGLE AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No. 2:11-cv-00406-JAK-MAN<br><br>*Assigned to Hon. John A. Kronstadt*<br><br>**DECLARATION OF JOHN P. DORIGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES, INCENTIVE AWARDS AND REIMBURSEMENT OF COSTS**<br><br>Date: February 23, 2015<br>Time: 8:30 a.m.<br>Courtroom: 750 |

# DECLARATION OF JOHN P. DORIGAN

I, JOHN P. DORIGAN, declare:

1. I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiffs Bradford Grimm, Margaret Mooney and Dinesh Patel in the within action. I make this Declaration in support of Plaintiffs' Motion for attorney's fees and costs. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge, and I aver that all of the documents appended to this Declaration have been maintained in my office in the ordinary course of business under my direction and control.

2. I received my J.D. from California Western Law School in San Diego in 1981 and have practiced as an attorney since that time. Following law school, I was hired by an insurance defense firm, where I made partner in six years. During this time, I had a number of bench and jury trials. In 1990, two of the other partners at the firm and I left and formed our own firm in San Diego—Balestreri, Dorigan and Pendelton—where we continued to specialize in insurance defense litigation.

3. I moved from San Diego to the Coachella Valley in 1997 and established a solo practice in Indio, California, specializing in the representation of both plaintiffs and defendants in business litigation, personal injury, construction-defect litigation, and employment litigation.

4. Since 2004, I have represented plaintiffs in the following wage-and-hour putative class-action cases: Ohrling v. American Eagle Airlines, Inc. (Riverside County Superior Court Case No. INC 041380); Martin v. American Airlines, Inc. (C.D. Cal. Case No. CV 07-4812 AG (PJWx)); Askey v. American Airlines, Inc. (C.D. Cal. Case No. CV 06-2042 AG (PJWx)); Blackwell v. SkyWest Airlines, Inc. (S.D. Cal. Case. No. CV 06-0307)); Mooney v. American Airlines, Inc. (Los Angeles County Superior Court Case No. BC 445997); Brown v. American Airlines, Inc. (C.D. Cal. Case No. CV 10-8431 AJG (PJWx)); Lessard v. SkyWest Airlines, Inc. (C.D. Cal. Case No. CV 11-03769 JHN (VBKx)); McDonald v. Airport Terminal Services, Inc. (C.D. Cal. Case No. EDCV 11-

01946 VAP (SPx) and Arena v. American Airlines, Inc. (C.D. Cal. Case No. CV 112-01070 JHN (FWDx)).

     5.     Attached hereto as **Exhibit 1** is a true and correct copy of detailed records of my time incurred in the above-captioned matter.  It is my practice and policy to record all professional time in tenth-of-an-hour increments on a contemporaneous basis, and Exhibit 1 reflects that practice.  I have reviewed the records attached as Exhibit 1, and I believe them to accurately—yet conservatively—represent the time productively and necessarily spent in the prosecution of this case.

     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 1st day of December 2014, in the County of Riverside, State of California.

     */s/ John P. Dorigan*
     John P. Dorigan

DORIGAN DECL. IN SUPP. OF MOT. FOR AWARD OF FEES, INCENTIVE AWARDS & COSTS