# Exhibit 1

Law Office of
## JOHN P. DORIGAN
78-560 Via Bolero, La Quinta, California   92253
Telephone:  (760) 564-3804  •  Facsimile:  (760) 564-3804
e-mail: jpdorigan@aol.com


**Bradford Grimm, et al. v American Eagle Airlines, Inc.**

**BILLING RATE @ $500.00/hour**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 07/17/2010 | E-mail to Alan Harris re: possible FLSA action. | .2 |
| 12/06/2010 | R/r e-mails from David Zelenski and Alan Harris re: First Amended Complaint, LWDA letter, reply e-mails re: same | .4 |
| 12/17/2010 | R/r superior court order re: complex case designation. | .2 |
| 01/19/2011 | R/r notice of defendant to state court of removal. | .2 |
| 02/12/2011 | R/r stipulation to stay Mooney case. | .2 |
| 04/11/2011 | Review case law re: collateral estoppel in light of defense counsel's CE argument. | 2.5 |
| 04/14/2011 | Preparation of draft decl of JPD in support of class cert. motion. T/c with David Zelenski re: same. R/r and edit draft of JPD decl. from DZ. T/c with DZ re: same. R/r class certification motion. | 3.5 |
| 04/18/2011 | R/r Judge Nugyen's Order for Rule 26 Joint Scheduling Conference. | .4 |
| 04/18/2011 | R/r 4/18 fax letter from Jennifer White-Sperling re: class certification motion and reply e-mail from David Zelenski of same date. | .4 |
| 04/19/2011 | R/r ex parte application of defendant to continue hearing on motion to certify class, and supporting papers. | .4 |
| 04/20/2011 | Computer assisted research to locate cases in which RJH has been sanctioned. | .7 |

1

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 04/22/2011 | R/r notice of deposition of Brad Grimm. E-mail communications with David Zelenski re: same. | .3 |
| 04/29/2011 | R/r 4/29/11 letter from defense counsel objecting to allegations in complaint. Research issues raised. | 2.0 |
| 05/03/2011 | T/c with DZ re: meet and confer t/c. Review defs 5/2 m&c ltr. and DZ collateral estoppel analysis to prepare for t/c. Additional research re: same. Participation in M&C t/c with DZ and def counsel. T/c with David Z re: M&C conf and depos of Evelyn Carlson and Sal Arena. | 2.4 |
| 05/05/2011 | R/r draft discovery requests to defendant. | .7 |
| 05/07/2011 | R/r correspondence to Alan Harris to Brad Grimm re: Grimm's deposition. | .3 |
| 05/09/2011 | Review of Eagle/American Notice of Direct Deposit of checks. | .2 |
| 05/12/2011 | R/r subpoena DT for records of Evelyn Carlson. | .4 |
| 05/17/2011 | On line research, review materials on Eagle Careers. Review and edit request for judicial notice. | 2.2 |
| 05/19/2011 | Research and review materials on airline worker accidents including Hazardous Industry Report, Washington Post Article re: injuries to airline workers, AA case study, Alaska Airlines study. | 3.5 |
| 05/20/2011 | Review and edit draft decls. of Margaret Mooney and Brad Grimm. | 1.0 |
| 05/22/2011 | Meet with Kathy Dorigan, prepare, review and edit KD declaration. | 2.0 |
| 05/23/2011 | Research and review significant case law including Westways v. AMR Corp. | 2.5 |
| 05/25/2011 | Review transcript of depo of Evelyn Carlson with exhibits. | 4.0 |
| 06/01/2011 | Review deposition testimony of Brad Grimm with exhibits | 4.0 |
| 06/11/2011 | R/r notices of depositions of Eagle employees. | .2 |
| 06/12/2011 | Review materials from various airline case files. Preparation of list of potential plaintiffs with contact information. | 2.4 |

| **DATE** | **DESCRIPTION** | **TIME** |
|---|---|---|
| 06/17/2014 | Review and edit Notice of New Authority, additional research re: same. | 1.4 |
| 06/20/2011 | R/r defendant's reply to Notice of New Authority – Smith v. Bayer, additional research re: same. | 1.0 |
| 06/22/2011 | R/r defendant's notice of new authority – Walmart v. Dukes. | .7 |
| 06/28/2011 | Research and review rules of professional conduct. | .6 |
| 06/29/2011 | Review defendants' opposition brief. Review Decl of LML in support of opposition. Review transcript of Angela Griggs deposition in Martin case and prepare response to defense allegations re: substandard work, sanctions. | 5.5 |
| 07/01/2011 | R/r In Chambers Order of Judge Kronstadt continuing Class Cert., Mot for JOP and Scheduling Conf. to 7/18. T/c with DZ re: same. R/r defendants' objections to and request to strike portions of decls of AH and JPD. Research re: response to same | 2.3 |
| 07/13/2011 | R/r objection by Eagle to deposition of Mary Guernsey. | .2 |
| 07/17/2011 | Review file to prepare for hearing on class cert. motion. | 1.0 |
| 07/18/2011 | Travel to and attend hearing on Class Cert. Motion in US District Ct. For Central District, LA. | 9.0 |
| 07/20/2011 | R/r Order of Judge Kronstadt taking Class cert. Motion under submission. | .2 |
| 07/22/2011 | R/r and review draft motion to intervene and complaint in intervention from David Zelenski. E-mail to DZ with suggested changes. | 1.0 |
| 08/13/2011 | Review Grimm pay records. Review case law and DLSE opinion letters re: inaccurate reporting of salary in wage statements. E-mail to Alan and David re: same in conjunction with 11/25/08 DLSE Opinion Letter. | 3.0 |
| 09/06/2011 | R/r defendant's supplemental request for judicial notice re: Brown decision. | .2 |
| 09/18/2011 | R/r order of Judge Kronstadt re: motion to intervene. | |

3

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 09/22/2011 | R/r e-mail from defense counsel re: stipulation re: intervention of Margaret Mooney as plaintiff, depositions of Mooney and Patel and reply from DZ. | .3 |
| 09/23/2011 | R/r e-mail from Larry Lawrence in response to DZ e-mail. | .2 |
| 09/26/2011 | R/r draft stipulation re: depos of Mooney and Patel. R/r e-mail from Larry Lawrence re: same. T/c with Alan Harris re: same. | .4 |
| 10/06/2011 | R/r personal service – Notice of depo of Dinesh Patel. Em to H&R re: same. | .3 |
| 11/07/2011 | R/r 11/07/11 letter from defense counsel objection to plaintiffs' objection to notice of deposition of plaintiff Patel. | .2 |
| 04/18/2014 | Initial review of notice of hearing on objection of debtors. T/c with AH re: same. | 1.5 |
| 05/05/2014 | T/c with AH re: mediation brief. T/cs with Margaret Mooney and Lorraine Brown re: mediation, current pay procedures. T/c with AH re: same. | 1.5 |
| 05/11/2014 | Travel to LA for mediation. (128.5 miles) | 3.5 |
| 05/12/2014 | Prepare for, travel to and participate in first session of mediation at offices of Morgan, Lewis. (Cab fare hotel to ML $16.00) | 10.0 |
| 05/13/2014 | Prepare for, travel to and participate in second session of mediation at offices of Morgan, Lewis. Return travel, LA to La Quinta. (128.5 miles) | 10.0 |
| 05/30/2014 | R/r proposal, budget from Rust Administrators. | 1.0 |
| 06/11/2014 | Review and edit draft joint stipulation of settlement, draft notice of Settlement, draft of order of settlement, claim and consent form. | 1.5 |
| 07/06/2014 | Review and edit draft of First Amended Complaint. | 2.0 |
| 08/01/2014 | Review and edit motion for prelim. approval of settlement, declarations of Alan Harris and Margaret Mooney, exhibits. | 4.0 |

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 09/15/2014 | Review and edit draft of settlement term sheet and memorandum of understanding. | 2.0 |
| 10/20/2014 | Review and edit joint stip. for BK court approval. | .2 |
| 11/13/2014 | R/r e-mails from Rust Consulting, including review of Rust Settlement Administration Estimate. R/r e-mails from Morgan Lewis and Alan Harris. T/c with Alan Harris re; petition. | .6 |
| 11/24/2014 | Receive and review draft of proposed class notice from Rust Consulting. Review e-mails from Morgan Lewis and Alan Harris re: suggested changes. Receive and review final draft of proposed class notice. | .6 |

## SUMMARY OF CURRENT BILLING STATEMENT

**TOTAL HOURS EXPENDED THIS BILLING PERIOD**……………………..……………………………………. **103.1**

**X $500.00/hour**……………………...…………………………… **$ 51,550.00**

**TOTAL COSTS ADVANCED [by counsel]**……….. ……………… **$ 16.00**

**Mileage – 257 miles @ $.50/mile** …………………………………… **$ 128.5**

\
**BALANCE DUE:**……………………………………………. **$ 51,695.50**

5